## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America for use and benefit of A&C Construction & Installation, | |
| Plaintiff, | Case No. 1 : 17-cv-04307 |
| v. | Assigned Judge: Harry D. Leinenweber |
| Zurich American Insurance Company and The Insurance company of Pennsylvania, | Designated Magistrate Judge: Marie Valdez |
| Defendants. | |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on **April 10, 2018, at 9:30 a.m.**, or as soon thereafter as counsel may be heard, counsel for Plaintiffs, United States of America for use and benefit of A&C Construction & Installation Co., Justin L. Weisberg, one of its attorneys, shall appear before the Honorable Judge Harry D. Leinenweber, or any judge sitting in his stead, in Courtroom 1941 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, Illinois, and shall then and there present its **Motion to Withdraw as Counsel** of record in this matter.

/s/ Justin L. Weisberg_____

Justin L. Weisberg (jweisberg@srcattorneys.com)
Schuyler, Roche & Crisham, P.C.
180 N. Stetson Ave., Ste. 3700
Chicago, IL 60601
(312) 565-2400

## **CERTIFICATE OF SERVICE**

Under penalties as provided by law, the undersigned, an attorney, hereby certified and states that he caused a true and an accurate copy of the foregoing *Notice of Motion* and *Motion to Withdraw as Counsel* to be served this 26th day of March, 2018 upon the counsel listed below by delivery via the United State District Court for the Northern District of Illinois' CM/ECF electronic filing system.

**Via E-Mail**
Abram Moore
Raymond M. Krauze
K&L Gates LLP
70 West Madison, Ste. 3100
Chicago, IL 60602
(312) 372-1121
abram.moore@klgates.com
raymond.krauze@klgates.com

*Counsel for Plaintiff*


Robert E. Tonn
Colin P. Smith
William Farley
Holland & Knight LLP
131 S. Dearborn St., 30th Flr.
Chicago, IL 60603
(312) 263-3600
robert.tonn@hklaw.com
colin.smith@hklaw.com
william.farley@hklaw.com

*Counsel for Defendant*


                                                        /s/ Justin L. Weisberg