UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

United States of America for use and benefit of AC Construction & Installation, Co. WLL

Plaintiff,

v.

Case No.: 1:17−cv−04307

Honorable Harry D. Leinenweber

Zurich American Insurance Company, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 9, 2018:

MINUTE entry before the Honorable Harry D. Leinenweber: In court hearing held. Plaintiff's motion to compel [41] is entered and briefed as follows: response by 5/24/18, reply by 5/31/18. Status hearing/ruling is set for 6/20/18 at 9:00 a.m. Dates stated on the record are vacated. Defendants motion to compel [44] and the motion to quash [26] is entered and continued to 6/20/18 at 9:00 a.m. Mailed notice(maf )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.