## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHER DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| for use and benefit of A&C CONSTRUCTION & | ) | |
| INSTALLATION, CO. WLL | ) | No. 1:17-cv-04307 |
| | ) | |
| Plaintiffs, | ) | Assigned Judge: |
| | ) | Harry D. Leinenweber |
| v. | ) | |
| | ) | Designated Magistrate: |
| ZURICH AMERICAN INSURANCE COMPANY, | ) | Judge Maria Valdez |
| *et al.*, | ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Raymond M. Krauze with K&L Gates LLP, one of the attorneys for Plaintiff, A&C Construction & Installation, CO. WLL ("A&C"), respectfully requests that this Court grant him leave to withdraw his appearance as one of the attorneys of record in this matter. In support of his motion, counsel states as follows:

1. Since June 2017, Mr. Krauze has been one of the attorneys of record for Plaintiff.

2. Mr. Krauze will be leaving the firm of K&L Gates LLP on June 4, 2018.

3. Plaintiff will continue to be represented by Abram Moore at the firm K&L Gates LLP.

WHEREFORE, Raymond M. Krauze respectfully requests that the Court grant Raymond M. Krauze leave to withdraw as one of the attorneys of record in this action.

Dated: June 1, 2018

By: /s/ Raymond M. Krauze
Raymond M. Krauze (ARDC#6280400)
K&L GATES LLP
70 West Madison, Suite 3100
Chicago, Illinois  60602
Phone: (312) 372-1121
raymond.krauze@klgates.com