**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA for use and benefit of A&C CONSTRUCTION & INSTALLATION, CO. WLL | ) ) ) ) | |
| | ) | No. 1:17-cv-04307 |
| Plaintiffs, | ) ) | |
| v. | ) ) | Assigned Judge: Harry D. Leinenweber |
| ZURICH AMERICAN INSURANCE COMPANY and THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, | ) ) ) ) | Designated Magistrate: Judge Maria Valdez |
| Defendants. | ) ) | |

### NOTICE OF MOTION

To: *See* Attached Certificate of Service

**PLEASE TAKE NOTICE** that on June 12, 2018 at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel for Plaintiff, A&C Construction & Installation Co., WLL, Raymond M. Krauze, will appear before the Honorable Harry D. Leinenweber, or any judge sitting in his stead, in Courtroom 1941 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present his **Motion to Withdraw as Counsel**.

Dated: June 1, 2018

Respectfully submitted,

By: /s/ Raymond M. Krauze
Raymond M. Krauze (ARDC#6280400)
K&L GATES LLP
70 West Madison, Suite 3100
Chicago, Illinois 60602
Phone: (312) 372-1121
raymond.krauze@klgates.com

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on the 1st day of June, 2018, I electronically filed the foregoing with the clerk of the court by using CM/ECF system which will send notice of electronic filing to the following:

| | |
|---|---|
| Robert E. Tonn<br>Colin P. Smith<br>William Farley<br>Holland & Knight LLP<br>131 S. Dearborn Street, 30th Floor<br>Chicago, Illinois 60603<br>Phone: (312) 263-3600<br>robert.tonn@hklaw.com<br>colin.smith@hklaw.com<br>william.farley@hklaw.com<br><br>*Attorneys for Zurich American Insurance Co. and The Insurance Company of the State of Pennsylvania* | Daniel B. Pasternak<br>Brent R. Owen<br>Squire Patton Boggs (US) LLP<br>1801 California Street, Suite 4900<br>Denver, Colorado 80202<br>daniel.pasternak@squirepb.com<br>brent.owen@squirepb.com<br><br>*Attorneys for Zurich American Insurance Co. and The Insurance Company of the State of Pennsylvania* |
| Abram Moore<br>K&L GATES LLP<br>70 West Madison, Suite 3100<br>Chicago, Illinois 60602<br>Phone: (312) 372-1121<br>abram.moore@klgates.com<br><br>*Attorney for A&C Construction & Installation Co. WLL* | |

                                                /s/ Raymond M. Krauze
                                                Raymond M. Krauze