# EXHIBIT 3

CASE NO 21945/ZF/AYZ

IN THE MATTER OF AN ARBITRATION UNDER THE

RULES OF THE INTERNATIONAL CHAMBER OF COMMERCE

BETWEEN

**A&C CONSTRUCTION & INSTALLATION CO. WLL** (Doha, Qatar)

<u>Claimant</u>

-and-

**BLACK CAT ENGINEERING & CONSTRUCTION WLL** (Doha, Qatar)

<u>Respondent</u>

———————————

PROCEDURAL ORDER NO. 7

26 July 2018

———————————



ICC Case No. 21945/ZF/AYZ P.O. No. 7

## BACKGROUND

1. On 30 June 2018, the Arbitral Tribunal invited the Parties to make a formal application proposing a timetable for the next steps in this proceeding, ICC Case No. 21945/ZF/AYZ.

2. The Parties made their respective submissions, the Claimant on 5 July 2018 and the Respondent on 12 July 2018, in accordance with the directions of the Arbitral Tribunal.

## ANALYSIS

3. The Arbitral Tribunal has reviewed and considered all of the Parties factual and legal submissions as to a timetable for the next steps in the proceedings.

4. Given the size of the claim and given the duration that this matter has subsisted (over 2 years from the Request for Arbitration), a procedure should be adopted which resolves the remaining issues in a fair and expeditious manner.

5. Given that the Parties have differing views as to the issues which remain, an iterative approach to the statements and submissions of the Parties is called for. The Parties should be given an opportunity to produce respective statements which set out clearly their respective positions on the issues that each believes remain.

6. A Statement of Claim, Statement of Defence, Reply and Rejoinder should be submitted in order to set out in an orderly fashion the Parties' position on issues which remain, but in pleading style only, without witness statements or expert statements attached. Given the length of proceedings to date and the documents, statements and submissions which have been disclosed and made over the course of this proceeding, memorial style pleadings are, in this case not necessary. However, reference to existing documents can be made, as well as the attachment of some additional documents where necessary.

7. Given the Parties' demonstrated familiarity with the issues that each believe to be extant, long time frames are not needed for these statements and submissions.

## ORDERS MADE

The Arbitral Tribunal hereby Orders that:

8. The timetable for the next steps in ICC Case No. 21945/ZF/AYZ is:

| Step | Time | Date |
| --- | --- | --- |
| Statement of Claim | 2 weeks | 9 August 2018 |
| Statement of Defence | 2 weeks | 23 August 2018 |
| Reply | 1 week | 30 August 2018 |
| Rejoinder | 1 week | 6 September 2018 |



2

| Request for Documents | 1 week | 13 September 2018 |
|---|---|---|
| Production of Documents | 2 weeks | 27 September 2018 |

9. The Parties are at liberty to apply in respect of the above or any other matter.

10. This Procedural Order No. 7 may be followed by further orders in the course of this Arbitration.

11. The costs of this Order shall be costs in the reference.

Issued on 26 July 2018

Victor P. Leginsky, Sole Arbitrator
(The Arbitral Tribunal)