# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHER DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) for use and benefit of A&C CONSTRUCTION & ) INSTALLATION, CO. WLL ) ) Plaintiffs, ) ) v. ) ) ZURICH AMERICAN INSURANCE COMPANY ) and THE INSURANCE COMPANY OF THE ) STATE OF PENNSYLVANIA, ) ) Defendants. ) | No. 1:17-cv-04307 Assigned Judge: Harry D. Leinenweber Designated Magistrate: Judge Maria Valdez |

## PLAINTIFF'S REPLY IN SUPPORT OF ITS
## MOTION TO EXTEND DISCOVERY DEADLINE

Plaintiff, A&C Construction & Installation, CO. WLL ("A&C"), by and through its counsel, K&L Gates LLP, and pursuant to Federal Rules of Civil Procedure 16, hereby moves for an extension of the discovery deadline set by the Court up to and including November 30, 2018 (the "Motion") (Dkt. No. 67.) In support of its Motion, A&C states as follows:

In their Response, Defendants do not oppose the relief requested by Plaintiff. Defendants do not (and cannot) contend that discovery can be completed in this case before the current August 31, 2018 deadline. Instead, they argue that the Court should not rule on the instant motion until after it first rules on Defendants' motion to stay these proceedings pending the completion of an arbitration between different parties relating to only a small subset of the issues in this litigation.

Defendants do not dispute that the discovery deadline must be extended if the Court denies their motion to stay. Indeed, Defendants do not even request that the discovery cutoff date remain the same, but just that the Court "wait to address discovery in this matter until the issue of

the stay is resolved." (Response at 3.) That motion is scheduled for a hearing on August 30, 2018, the day before the current discovery cutoff. Granting the instant motion will have no impact on the merits of Defendants' motion to stay.

Rather than opposing the relief requested by Plaintiff, Defendants use their Response to cast aspersions, falsely accusing Plaintiff of "idleness." Plaintiff has diligently pursued the facts underlying Defendants' purported defenses, while Defendants and their principal, AMEC (represented by the same attorneys), have interfered with those efforts at every turn:

| | | |
|---|---|---|
| January 30, 2018 | Plaintiff served interrogatories and requests for documents upon Defendants, seeking facts underlying Defendants' purported defenses | Defendants respond that information supporting their defenses is not in their possession, custody or control. |
| February 15, 2018 | Plaintiff served subpoena for documents on AMEC, the party undisputedly in possession of the critical project files | AMEC (represented by the same counsel as Defendants) moved to quash and has refused to produce a single document until its motion is ruled upon. |
| April 4, 2018 | Plaintiff served a subpoena for documents on the U.S. Army Corps of Engineers, the owner of the project at issue | USACE produced certain records on July 27, 2018, but withheld critical information (particularly AMEC's Request for Equitable Adjustment) at the instruction of AMEC. |
| May 17, 2018 | Plaintiff served Robert J. Feighery (AMEC employee identified in Defendants' disclosures) with a subpoena for deposition, scheduled for July 27, 2018. | AMEC has refused to produce documents, so deposition has been postponed pending the Court's ruling on AMEC's motion to quash |
| May 18, 2018 | Plaintiff served Sherri Bahns (AMEC employee identified in Defendants' disclosures) with a subpoena for deposition, scheduled for July 20, 2018 | AMEC has refused to produce documents, so deposition has been postponed pending the Court's ruling on AMEC's motion to quash |
| May 18, 2018 | Plaintiff served Jennifer Sobeski (AMEC employee identified in Defendants' disclosures) with a subpoena for deposition, scheduled for July 19, 2018. | AMEC has refused to produce documents, so deposition has been postponed pending the Court's ruling on AMEC's motion to quash |
| May 22, 2018 | Plaintiff served Claire Hackett (AMEC employee identified in Defendants' disclosures) with a subpoena for deposition, scheduled | AMEC has refused to produce documents, so deposition has been postponed pending the Court's ruling on AMEC's motion to quash |

|  |  |  |
|---|---|---|
|  | for July 26, 2018 |  |
| June 6, 2018 | Plaintiff served AMEC with subpoena for representative deposition | AMEC has refused to produce documents, so deposition has been postponed pending the Court's ruling on AMEC's motion to quash |
| June 15, 2018 | Plaintiff served Defendants with notices of representative depositions and a list of topics | Defendants have refused to produce representatives until after Plaintiff's foreign representative appears in Chicago |

Further, Plaintiff has produced thousands of pages of documents and is working on a supplemental production, all supporting its claims for payment. Plaintiff has also agreed to produce a representative deponent in Chicago, but Defendants are well aware that Plaintiff's representative deponent applied for a visa more than three months ago, and that it has not yet issued. (*See* e-mail chain with U.S. Embassy, attached as Exhibit 1 hereto.) A&C has offered to make this witness available in Qatar or Lebanon to expedite discovery, but Defendants have refused this offer (absent Plaintiff's agreement to pay all of Defendants' expenses). Defendants have not noticed any other depositions, but nevertheless conclude that "A&C has failed to produce a single witness to support its claims." (Response at 1.)

In short, Plaintiff has done everything in its power to move the discovery process forward, but has been hindered by Defendants and AMEC (represented by the same counsel) and a delay in the issuance of a visa. Thus, there is good cause to extend the discovery cutoff date to November 30, 2018.

WHEREFORE, Plaintiff, A&C Construction & Installation, CO. WLL, respectfully requests that the Court grant its Motion to Extend the Discovery Deadline, extend the discovery period up to and including November 30, 2018, and grant any additional relief it determines appropriate.

Dated: August 6, 2018               Respectfully submitted,

                                                      A&C CONSTRUCTION &
                                                      INSTALLATION CO. WLL

                                                      By: /s/ Abram I. Moore
                                                      Abram I. Moore (ARDC#6278871)
                                                      Nicole C. Mueller (ARDC#6309735)
                                                      K&L GATES LLP
                                                      70 West Madison, Suite 3100
                                                      Chicago, Illinois 60602
                                                      Phone: (312) 372-1121
                                                      abram.moore@klgates.com
                                                      nicole.mueller@klgates.com

                                                      *Attorneys for A&C Construction &*
                                                      *Installation Co. WLL*

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on the 6th day of August, 2018, a true and correct copy of the foregoing **Reply in Support of Plaintiff's Motion to Extend Discovery** was served by electronic transmission via the Electronic Case Filing system of the Court upon the following counsel of record:

Robert E. Tonn
Colin P. Smith
William Farley
Holland & Knight LLP
131 South Dearborn Street
30th Floor
Chicago, Illinois 60603
Phone: (312) 263-3600
robert.tonn@hklaw.com
colin.smith@hklaw.com
william.farley@hklaw.com

*Attorneys for Zurich American Insurance Co. and The Insurance Company of the State of Pennsylvania*

Daniel B. Pasternak
Brent R. Owen
Squire Patton Boggs (US) LLP
1801 California Street, Suite 4900
Denver, Colorado 80202
daniel.pasternak@squarepb.com
brent.owen@squarepb.com

*Attorneys for Zurich American Insurance Co. and The Insurance Company of the State of Pennsylvania*

    /s/ Abram I. Moore
       Abram I. Moore