# EXHIBIT 1

**From:** Owen, Brent R. [mailto:brent.owen@squirepb.com]
**Sent:** Wednesday, May 16, 2018 10:32 AM
**To:** Krauze, Raymond M.; robert.tonn@hklaw.com
**Cc:** william.farley@hklaw.com; Pasternak, Daniel B.; Moore, Abram; Pyznarski, Kathleen A.; Amoroso, Gwendolyn E.
**Subject:** Conferral, A&C Construction v. Zurich, et al. - re: A&C's First Production of Documents

Good morning Raymond,

I take it you have not received a response from the Army subpoena A&C served last month? (I believe the Army's response was due on May 4.)

Following up on my question about A&C's document production, Abe previously confirmed that this production included all of A&C's initial disclosure documents. The documents do not appear to support A&C's claim to $8,637,423.00 for work performed—particularly the alleged delay damages. So, as an initial matter, can you please clarify whether this production reflects A&C's initial disclosure documents.

Defendants have the following additional concerns with this production. Perhaps we can discuss the below once you've reviewed.

I. <u>The document production does not comply with Rule 34</u>.

Rule 34 requires A&C to produce its documents "as they are kept in the usual course of business" or to "organize and label them to correspond to the categories in the request." Fed. R. Civ. P. 34(b)(E). "The option to produce in a reasonably usable form does not mean that the responding party may convert electronically stored information from the form in which it is ordinarily maintained to a different form that makes it more difficult or burdensome for the requesting party to use the information efficiently in the litigation." *Id.*, advisory committee's note, 2006 amendment (emphasis added). Defendants additionally specified that the documents be electronically produced in a form that is reasonably usable, including all accompanying information.

Yet A&C has produced documents in a haphazard and incomplete manner.  For instance, A&C has produced several copies purporting to summarizes its costs, but the summary and its attachments are not kept together in the production, and each PDF is a standalone document without affiliation to its applicable family.  Nor are the emails offered and organized in any logical fashion.

Please fix A&C's production to comply with Rule 34.

II. <u>Objection and collection of electronic documents</u>.

Among A&C's general objections, A&C represented that it would not incur "the burden of a complete search for all responsive electronically stored information, including emails" because that would "outweigh the likely benefit of such efforts."  A&C Response, General Objection.  Can you please clarify which categories of documents or electronically stored information A&C has failed to search?  It appears much of the email correspondence was selected by forwarded email to the cmb5@andcqatar.com address.  In other words, what categories of documents or emails have you withheld based on this objection?

Along those lines, much of the correspondence involves documents shared on dropbox; but I did not see any production or folders from a dropbox account.  Can you please clarify what efforts, if any, A&C undertook to obtain dropbox documents?  (Or perhaps just clarify that I've missed the dropbox documents.)

III. <u>A&C's claimed $5 million for costs associated with delays</u>.

A&C represented in its operative complaint that it advanced "$5 million into the Project to pay for costs associated with delays and disruptions."  Second Am. Compl., ¶ 19.  Can you please identify the documents that support that contention?

IV. <u>Rule 33(d) summary is inadequate</u>.

In response to Defendants' Interrogatories 7-11, A&C failed to detail its alleged damages and instead referred Defendants to non-privilege documents that would answer the interrogatories.  A&C's production does not appear to include documents detailing the requested information.  In any event, Rule 33(d) requires that A&C specify the records Defendants should review to obtain the requested information.  Please amend your responses to comply with Rule 33(d).

Brent

**Brent R. Owen**
Attorney
Squire Patton Boggs (US) LLP
1801 California Street, Suite 4900
Denver, Colorado 80202
T  +1 303 894 6111
M  +1 972 762 7300
brent.owen@squirepb.com | squirepattonboggs.com

**From:** Krauze, Raymond M. [mailto:Raymond.Krauze@klgates.com]
**Sent:** Thursday, May 3, 2018 9:08 AM
**To:** Owen, Brent R. <brent.owen@squirepb.com>; robert.tonn@hklaw.com
**Cc:** william.farley@hklaw.com; Pasternak, Daniel B. <daniel.pasternak@squirepb.com>; Moore, Abram <abe.moore@klgates.com>; Pyznarski, Kathleen A. <kathleen.pyznarski@squirepb.com>; Amoroso, Gwendolyn E. <gwen.amoroso@klgates.com>
**Subject:** RE: A&C Construction v. Zurich, et al. - re: A&C's First Production of Documents [KLG-EU_Active01.FID38021]

Brent -

    Let me verify with our client and get back to you.


<image002.jpg>

**Raymond M. Krauze**
Counsel
K&L Gates LLP
70 West Madison Street, Suite 3100
Chicago, Illinois 60601
Phone: (312) 807-4330
Fax: (312) 827-8199
raymond.krauze@klgates.com
www.klgates.com

**From:** Owen, Brent R. [mailto:brent.owen@squirepb.com]
**Sent:** Thursday, May 03, 2018 7:38 AM
**To:** Krauze, Raymond M.; robert.tonn@hklaw.com
**Cc:** william.farley@hklaw.com; Pasternak, Daniel B.; Moore, Abram; Pyznarski, Kathleen A.; Amoroso, Gwendolyn E.
**Subject:** RE: A&C Construction v. Zurich, et al. - re: A&C's First Production of Documents [KLG-EU_Active01.FID38021]

Good morning Raymond,

Has A&C's production been made as the documents are kept in the usual course of A&C's business?

Thank you,

Brent

<image001.jpg>    **Brent R. Owen**
Attorney
Squire Patton Boggs (US) LLP
1801 California Street, Suite 4900
Denver, Colorado 80202
T  +1 303 894 6111
M  +1 972 762 7300
**brent.owen@squirepb.com** | squirepattonboggs.com

**From:** Krauze, Raymond M. [mailto:Raymond.Krauze@klgates.com]
**Sent:** Monday, April 30, 2018 10:11 AM
**To:** robert.tonn@hklaw.com; Owen, Brent R. <brent.owen@squirepb.com>
**Cc:** william.farley@hklaw.com; Pasternak, Daniel B. <daniel.pasternak@squirepb.com>; Moore, Abram <abe.moore@klgates.com>; Pyznarski, Kathleen A. <kathleen.pyznarski@squirepb.com>; Amoroso, Gwendolyn E. <gwen.amoroso@klgates.com>
**Subject:** RE: A&C Construction v. Zurich, et al. - re: A&C's First Production of Documents [KLG-EU_Active01.FID38021]

Robert/Brent -

My apologies for the technical difficulties. I was advised by our IT department that the technical snafus have been worked out and that the site is working again. I am providing a new set of usernames/passwords for use on the site. Please disregard the usernames/passwords that I sent on Friday and use these. The file name uploaded is **"20180427_Production.7z."** Let me know if there are any issues. Thanks.

https://secureftp.klgates.com
The password for the zip file is:    .?v,'Tv5Y47h^!\2

Brent.owen@squirepb.com
username:  spb-bowen
password:  iUo9:J.xi7

Daniel.pasternak@squirepb.com
username:  spb-dpasternak
password:  DS6zGJ/+?X

robert.tonn@hklaw.com
username:  hkl-rtonn
password:  1YL%3z?y6S

colin.smith@hklaw.com
username:  hkl-smithc
password:  tRrp8%PjS5

william.farley@hklaw.com
username:  hkl-wfarley
password:  51h}bQc)8W


<image002.jpg>

**Raymond M. Krauze**
Counsel
K&L Gates LLP
70 West Madison Street, Suite 3100
Chicago, Illinois 60601
Phone: (312) 807-4330
Fax: (312) 827-8199

raymond.krauze@klgates.com
www.klgates.com

---

**From:** robert.tonn@hklaw.com [mailto:robert.tonn@hklaw.com]
**Sent:** Monday, April 30, 2018 8:51 AM
**To:** Krauze, Raymond M.; brent.owen@squirepb.com
**Cc:** william.farley@hklaw.com; daniel.pasternak@squirepb.com; Moore, Abram; kathleen.pyznarski@squirepb.com; Amoroso, Gwendolyn E.
**Subject:** RE: A&C Construction v. Zurich, et al. - re: A&C's First Production of Documents [KLG-EU_Active01.FID38021]

Ray – my user name/password does not work either.

**Robert Tonn** | **Holland & Knight**
Partner
Holland & Knight LLP
131 South Dearborn Street, 30th Floor | Chicago, IL 60603
Phone 312.578.6687 | Fax 312.578.6666
robert.tonn@hklaw.com | www.hklaw.com

Add to address book | View professional biography

---

**From:** Krauze, Raymond M. [mailto:Raymond.Krauze@klgates.com]
**Sent:** Monday, April 30, 2018 8:43 AM
**To:** Owen, Brent R. <brent.owen@squirepb.com>
**Cc:** Smith, Colin P (CHI - X66562) <colin.smith@hklaw.com>; Tonn, Robert E (CHI - X66687) <robert.tonn@hklaw.com>; Farley, William F (CHI - X66698) <william.farley@hklaw.com>; Pasternak, Daniel B. <daniel.pasternak@squirepb.com>; Moore, Abram <abe.moore@klgates.com>; Pyznarski, Kathleen A. <kathleen.pyznarski@squirepb.com>; Amoroso, Gwendolyn E. <gwen.amoroso@klgates.com>
**Subject:** Re: A&C Construction v. Zurich, et al. - re: A&C's First Production of Documents [KLG-EU_Active01.FID38021]

I will follow up with our IT people this morning and see what the problem is.

Sent from my iPhone

On Apr 30, 2018, at 6:54 AM, Owen, Brent R. <brent.owen@squirepb.com> wrote:

> Raymond,
>
> I am still unable to login to access the documents. Here is the error message:
>
> <image002.png>
>
> <image001.jpg>   **Brent R. Owen**
> Attorney
> Squire Patton Boggs (US) LLP
> 1801 California Street, Suite 4900
> Denver, Colorado 80202
> T +1 303 894 6111

M +1 972 762 7300
brent.owen@squirepb.com | squirepattonboggs.com

**From:** Krauze, Raymond M. [mailto:Raymond.Krauze@klgates.com]
**Sent:** Friday, April 27, 2018 7:37 PM
**To:** Owen, Brent R. <brent.owen@squirepb.com>
**Cc:** colin.smith@hklaw.com; robert.tonn@hklaw.com; william.farley@hklaw.com; Pasternak, Daniel B. <daniel.pasternak@squirepb.com>; Moore, Abram <abe.moore@klgates.com>; Pyznarski, Kathleen A. <kathleen.pyznarski@squirepb.com>; Amoroso, Gwendolyn E. <gwen.amoroso@klgates.com>
**Subject:** Re: A&C Construction v. Zurich, et al. - re: A&C's First Production of Documents [KLG-EU_Active01.FID38021]

Brett -

I've been advised that the tech issues have been resolved. Please let me know if you are still experiencing problems.

Sent from my iPhone

On Apr 27, 2018, at 7:17 PM, Owen, Brent R. <brent.owen@squirepb.com> wrote:

> Raymond,
>
> We are having technical issues obtaining the documents. Could you please repost them?
>
> Thanks,
>
> Brent
>
> On Apr 27, 2018, at 7:27 PM, Krauze, Raymond M. <Raymond.Krauze@klgates.com> wrote:
>
>> Dear Counsel,
>>
>> Per A&C's responses to Defendants' First Request for Production of Documents, A&C has posted its First Production of Documents to an FTP site which can be accessed via the attached link. Your credentials to access the materials are listed below. Instructions on using the FTP site are attached for your reference. Please let us know if you have any trouble accessing the documents.
>>
>> https://secureftp.klgates.com
>> The password for the zip file is: **.?v,'Tv5Y47h^!\2**
>>
>> Credentials:

Brent.owen@squirepb.com
Username: squ-bowen
Password: AVV~Q5v=+2

Daniel.pasternak@squirepb.com
Username: squ-dpasternak
Password: zG8]TpL):{

robert.tonn@hklaw.com
Username: hkl-rtonn
Password: _*67^KV{a3

colin.smith@hklaw.com
Username: hkl-csmith
Password: t@=9[Kn(i4

william.farley@hklaw.com
Username: hkl-wfarley
Password: D5E:9Wtyx8

<image002.jpg>

**Raymond M. Krauze**
Counsel
K&L Gates LLP
70 West Madison Street, Suite 3100
Chicago, Illinois 60601
Phone: (312) 807-4330
Fax: (312) 827-8199
raymond.krauze@klgates.com
www.klgates.com

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Raymond.Krauze@klgates.com.

<e-DAT_SecureFTP_Instructions.pdf>

---------------------------------------------------------------------
47 Offices in 20 Countries

This message is confidential and may be legally privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system; you must not copy or disclose the contents of this message or any attachment to any other person.

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a


number of separate legal entities. Please visit www.squirepattonboggs.com for more information.

#US

----------------------------------------------------------------------

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Raymond.Krauze@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Raymond.Krauze@klgates.com.

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Raymond.Krauze@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Raymond.Krauze@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Raymond.Krauze@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please reply to me with this message.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at abe.moore@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please reply to me with this message.

K&L Gates LLP - QFC Branch (QFC No. 00144) is licensed by the Qatar Financial Centre Authority and is a registered branch of K&L Gates LLP, a limited liability partnership formed

under the laws of the State of Delaware.

K&L Gates LLP - QFC Branch, Tornado Tower, 31st Floor, Al Funduq Street, PO Box 26100, Doha, Qatar. Tel +974 4424 6100 Fax +974 4424 6101.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at abe.moore@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please reply to me with this message.

K&L Gates LLP - QFC Branch (QFC No. 00144) is licensed by the Qatar Financial Centre Authority and is a registered branch of K&L Gates LLP, a limited liability partnership formed under the laws of the State of Delaware.

K&L Gates LLP - QFC Branch, Tornado Tower, 31st Floor, Al Funduq Street, PO Box 26100, Doha, Qatar. Tel +974 4424 6100 Fax +974 4424 6101.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at abe.moore@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please reply to me with this message.

K&L Gates LLP - QFC Branch (QFC No. 00144) is licensed by the Qatar Financial Centre Authority and is a registered branch of K&L Gates LLP, a limited liability partnership formed under the laws of the State of Delaware.

K&L Gates LLP - QFC Branch, Tornado Tower, 31st Floor, Al Funduq Street, PO Box 26100, Doha, Qatar. Tel +974 4424 6100 Fax +974 4424 6101.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at abe.moore@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please reply to me with this message.

K&L Gates LLP - QFC Branch (QFC No. 00144) is licensed by the Qatar Financial Centre Authority and is a registered branch of K&L Gates LLP, a limited liability partnership formed under the laws of the State of Delaware.

K&L Gates LLP - QFC Branch, Tornado Tower, 31st Floor, Al Funduq Street, PO Box 26100, Doha, Qatar. Tel +974 4424 6100 Fax +974 4424 6101.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at abe.moore@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please reply to me with this message.

K&L Gates LLP - QFC Branch (QFC No. 00144) is licensed by the Qatar Financial Centre Authority and is a registered branch of K&L Gates LLP, a limited liability partnership formed under the laws of the State of Delaware.

K&L Gates LLP - QFC Branch, Tornado Tower, 31st Floor, Al Funduq Street, PO Box 26100, Doha, Qatar. Tel +974 4424 6100 Fax +974 4424 6101.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at abe.moore@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please reply to me with this message.

K&L Gates LLP - QFC Branch (QFC No. 00144) is licensed by the Qatar Financial Centre Authority and is a registered branch of K&L Gates LLP, a limited liability partnership formed under the laws of the State of Delaware.

K&L Gates LLP - QFC Branch, Tornado Tower, 31st Floor, Al Funduq Street, PO Box 26100, Doha, Qatar. Tel +974 4424 6100 Fax +974 4424 6101.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me.